United States District Court
Southern District of Texas
**ENTERED**
June 23, 2020
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FREDDIE ROBIN EDWARDS, § § § *Petitioner*, § § v. § § LORIE DAVIS, § § *Respondent.* § | CIVIL ACTION NO. H-19-3800 |

## FINAL JUDGMENT

For the reasons stated in this Court's *Memorandum Opinion and Order* of even date, this civil action is DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas on June 23, 2020.

_____
Gray H. Miller
Senior United States District Judge